## McFARLAND *v.* BROWN.

### (*Circuit Court, N. D. Illinois.* January 5, 1884.)

In Equity.

*J. G. Manahan* and *C. H. Roberts,* for complainants.

*John R. Bennett,* for defendant.

BLODGETT, J. This case was argued and submitted upon the same proof as the case of this *Same Complainant* v. *Deere & Mansur Manuf'g Co., ante,* 781, and the reasons which led me to the conclusion that there was no infringement in the first case are equally applicable to this case. The bill is therefore dismissed for want of equity.